UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **EASY STREET LTD.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | NO. 4:15-CV-409 |
| v. | § | |
| | § | ADMIRALTY |
| **M/V MANDARIN GLORY, her engines,** | § | |
| **boilers, tackle, apparel etc.,** *in rem*, | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S NOTICE OF RELEASE OF M/V MANDARIN GLORY

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

PLEASE TAKE NOTICE that Plaintiff, EASY STREET LIMITED, by and through undersigned counsel, has provided "Written Authorization to Release Arrested Vessel - M/V MANDARIN GLORY", to the U.S. Marshal Service for the Southern District of Texas – Brownsville Division, authorizing the release of the vessel, M/V MANDARIN GLORY on February 20, 2015.

Pursuant to the Order of Arrest issued by Magistrate Judge Johnson on February 13, 2015, the M/V MANDARIN GLORY, "may be released from seizure without further order of this court if the Marshal receives written authorization from the attorney who requested the seizure and that such attorney advises that he has conferred with all counsel representing all of the parties to the litigation and they consent to the release, and the Court has not entered an Order to the contrary." *See* Docket #6, p. 3.

1

On Thursday February 19, 2015, Plaintiff and Claimant appeared before the District Court on Claimant's Motion to Set Security. Consistent with the directive of the Court's rulings at the hearing and the Minute Entry (Docket #13), Plaintiff and Claimant reached an agreement on substitute security for the release of the vessel. Accordingly, it is respectfully submitted that Plaintiff's Written Authorization to the United States Marshal Service complies with the requirements for release of the Vessel as set out in the Court's Order of Arrest. Finally, the United States Marshal Service has confirmed receipt of the instructions and that the M/V MANDARIN GLORY will be released immediately pursuant to Plaintiff's instructions.

Respectfully Submitted,

Date: February 20, 2015          CHALOS & CO, P.C.
Houston, TX

By:   /s/ Briton P. Sparkman
George A. Gaitas
Texas Bar No. 24058885
Federal Bar No. 705176
Briton P. Sparkman
SDTX Federal Id No. 1148116
7210 Tickner Street
Houston, Texas 77055
(T) (713) 574-9454
(F) (866) 702-4577
E-mail:bsparkman@chaloslaw.com
        gaitas@chaloslaw.com

*Attorneys for Plaintiff*
EASY STREET LTD.

2